NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-1316

IDA FLUGENCE

VERSUS

DR. CRAIG M. GAUTHIER

**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 95859
HONORABLE LORI ANN LANDRY, DISTRICT JUDGE

**********

JOHN D. SAUNDERS
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Billy Howard Ezell, Judges.

AFFIRMED.

Mel Lewis Credeur
Attorney at Law
P. O.Box 51867
Lafayette, LA 70505-1867
(337) 232-3081
Counsel for Plaintiff/Appellant:
Ida Flugence

**Marc W. Judice**
**Judice & Adley**
**P. O. Box 51769**
**Lafayette, LA 70505-1769**
**(337) 235-2405**
**Counsel for Defendant/Appellee:**
**Dr. Craig M. Gauthier**